UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAYMOND LANE,

        Petitioner,

                                        File No.  2:13-CV-90

v.

                                        HON. ROBERT HOLMES BELL

MICHIGAN PAROLE BOARD,

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the R&R (Dkt. No. 14) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the May 1, 2013, R&R (Dkt. No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **SUMMARILY DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: October 22, 2013                              /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE